IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HERNANDEZ<br>18542 Split Rock Lane<br>Germantown, MD 20874,<br><br>BINGLING WANG<br>18542 Split Rock Lane<br>Germantown, MD 20874,<br><br>           Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security<br>Office of the General Counsel<br>Washington, DC, 20258<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY<br>Office of the General Counsel<br>Washington, DC, 20258<br><br>EMILIO T. GONZALEZ, Director<br>U.S. Citizenship and Immigration Services<br>U.S. Department of Homeland Security<br>425 Eye St., N.W.<br>Washington, DC, 20258<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY<br>425 Eye St., N.W.<br>Washington, DC, 20258<br><br>PAUL NOVAK, Director,<br>Vermont Service Center<br>U.S. Citizenship and Immigration Services<br>75 Lower Welden Street<br>St. Albans, VT 05479-0001<br><br>RICHARD CATERISANO<br>District Director<br>Baltimore District Office<br>Fallon Federal Building | Civil Action No. 06-1394 (RBW) |

| | |
|---|---|
| 31 Hopkins Plaza | ) |
| Baltimore, MD 21201 | ) |
| | ) |
| ROBERT MUELLER, Director, | ) |
| Federal Bureau of Investigation | ) |
| Office of the General Counsel | ) |
| Room 7427 | ) |
| 935 Pennsylvania Avenue, N.W. | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| ALBERTO GONZALES, | ) |
| U.S. Attorney General | ) |
| U.S. Department of Justice | ) |
| 950 Pennsylvania Avenue, N.W. | ) |
| Washington, D.C. 20530-0001 | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| U.S. Attorney | ) |
| 555 4th Street, N.W. | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137