UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Michael Chertoff, Secretary, U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on August 10, 2006. Michael Chertoff, Secretary received the summons on August 18, 2006.

Dated: September 13, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Michael Chertoff, Secretary
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Frances Adams*  — SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

B. Received by (Printed Name): AUG 1 8 2006

D. Is delivery address different from item 1?

3. Service Type
   - ☒ Certified Mail   ☐ Express Mail
   - ☐ Registered        ☐ Return Receipt for Merchandise
   - ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

Article Number (Transfer from service label): 7006 0810 0004 0988 4852

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Sent To: Michael Chertoff — US DHS
Street, Apt. No.; or PO Box No.: Office of the General Counsel
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002   See Reverse for Instructions

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on August 10, 2006. U.S. Department of Homeland Security received the summons on August 16, 2006.

Dated: September 13, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800