UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on August 10, 2006. U.S. Department of Homeland Security received the summons on August 16, 2006.

Dated: September 13, 2006

*Heather Crump* (signature)

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Homeland Security
   Office of the General Counsel
   Washington, DC 20528

2. Article Number (Transfer from service label):  7006 0810 0004 0988 4845

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Maaus Adam*

B. Received by (Printed Name): AUG 1 6 2006

C. Date:

D. Is delivery address different from item 1? If YES, enter delivery address below:

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type:
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20528

| | |
|---|---|
| Postage | $ |
| Certified Fee | $1.35 |
| Return Receipt Fee (Endorsement Required) | $2.40 |
| Restricted Delivery Fee (Endorsement Required) | $1.85 |
| Total Postage & Fees | $0.00 |

Postmark: NORTH STA ARLINGTON AUG 10 2006

Sent To: US Dept of Homeland Security
Street, Apt. No.; or PO Box No.: Office of the General Counsel
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002    See Reverse for Instructions