UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Yusuf Ahmad, served the Summons and Complaint personally to the Director, Emilio T. Gonzalez, of U.S. Citizenship and Immigration Services on August 14, 2006. Ms. Janice McKutchin, with the office of Director, Emilio T. Gonzalez, U.S. Citizenship and Immigration Services accepted the personal service on behalf of the Director of the U.S. Citizenship and Immigration Services.

Dated: August 14, 2006

Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800