UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Yusuf Ahmad, served the Summons and Complaint personally to U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, on August 14, 2006. Ms. Janice McKutchin, with the office of U.S. Citizenship and Immigration Services accepted the personal service on behalf of U.S. Citizenship and Immigration Services.

Dated: August 14, 2006

Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800