UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Paul Novak, Director, Vermont Service Center, U.S. Department of Homeland Security, 75 Lower Welden Street, St. Albans, VT 05479-0001 by U.S. Postal Service Certified Mail on August 10, 2006. U.S. Department of Homeland Security received the summons on August 14, 2006.

Dated: September 13, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Novak, Director
Vermont Service Center
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
75 Lower Welden Street
St. Albans, VT 05479-0001

2. Article Number (Transfer from service label)
7006 0810 0004 0988 4876

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.60 |

Sent To: Paul Novak; Vermont Service Center; USCIS; US
Street, Apt. No.; or PO Box No. 75 Lower Welden St
City, State, ZIP+4 St. Albans, VT 05479-0001

PS Form 3800, June 2002    See Reverse for Instructions