UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.,

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Richard Caterisano, District Director, Baltimore District Office, Fallon Federal Building, 31 Hopkins Plaza, Baltimore, MD 21201 by U.S. Postal Service Certified Mail on August 10, 2006. U.S. Department of Homeland Security received the summons on August 11, 2006.

Dated: September 13, 2006

*[signature]*
Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Richard Caterisano, District Director
   Baltimore District Office
   Fallon Federal Building
   31 Hopkins Plaza
   Baltimore, MD 21201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Pat Horter*
B. Received by (Printed Name): Pat Hortey
C. Date: 8/_
D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☐

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Transfer from service label): 7006 0810 0004 0988 4869

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.35  0137 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Sent To: Richard Caterisano Dist. Director
Street, Apt. No.; or PO Box No.: Baltimore Dist. Ofc. Fallen Fed. Bl.
City, State, ZIP+4: 31 Hopkins Plaza Baltimore MD 21201

PS Form 3800, June 2002    See Reverse for Instructions