UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.

v.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

**Affidavit of Service**

I, Yusuf Ahmad, served the Summons and Complaint personally to the Director, Robert S. Mueller, of the Federal Bureau of Investigation on August 14, 2006. Mr. Paul R. Wellons, with the Office of General Counsel, Federal Bureau of Investigation accepted the personal service on behalf of the Director of the Federal Bureau of Investigation.

Dated: August 14, 2006

Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800