UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01394
JUDGE: Reggie B. Walton

**Affidavit of Service**

I, Yusuf Ahmad, served the Summons and Complaint personally to the Attorney General, Alberto R. Gonzales on August 14, 2006. Mr. Duane Woodard, with the office of the Attorney General accepted the personal service on behalf of the Attorney General, Alberto R. Gonzales.

Dated: August 14, 2006

Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800