UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Joshua L. Hernandez, et. al.

    v.

Michael Chertoff, Secretary DHS, et. al.

                                  CASE NUMBER 1:06CV01394
                                  JUDGE: Reggie B. Walton

<u>**Affidavit of Service**</u>

     I, Yusuf Ahmad, served the Summons and Complaint personally to the U.S. Attorney on August 14, 2006. Ms. LaKesha Carroll, with the office of the U.S. Attorney accepted the personal service on behalf of the U.S. Attorney.

Dated: August 14, 2006

                                            Yusuf Ahmad
                                            Law Offices of Rajiv S. Khanna, P.C.
                                            5225 N. Wilson Blvd
                                            Arlington, VA 22205
                                            (703) 908-4800