UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA L. HERNANDEZ, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1394 (RBW) |

## JOINT STIPULATION OF DISMISSAL

The parties have agreed that this case shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(I), each party to bear his own fees, costs and expenses.

Respectfully submitted,

_____/s/_____
RAJIV SANTOSH KHANNA, #419023
Law Office of Rajiv S. Khanna, P.C.
5225 North Wilson Boulevard
Arlington, VA 22205
(703) 908-4800

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137